IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARRY DAVID DAVIS                                              PLAINTIFF

v.                      Case No. 6:18-cv-6009

SHERRIFF DAVID WATSON, *et al.*                             DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed on August 3, 2018, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 37). Judge Marschewski recommends that the Court deny Plaintiff Larry David Davis's Motion for Extension of Time to File Appeal (ECF No. 31) and his Motion for Leave to Appeal *in forma pauperis*. (ECF No. 33). Plaintiff has not objected to the Report and Recommendation, and his time to do so has passed. *See* 28 U.S.C. § 636(b)(1). The Court finds the matter ripe for consideration.

On January 12, 2018, Plaintiff filed this case pursuant to 42 U.S.C. § 1983, alleging constitutional violations that occurred while he was incarcerated in the Clark County Jail. On April 9, 2018, the Court entered a screening order that dismissed several of Plaintiff's claims pursuant to the Prison Litigation Reform Act. On July 31, 2018, Plaintiff filed multiple documents, including a notice of appeal, a motion for extension of time to file an appeal, and a motion for leave to appeal *in forma pauperis*.

On August 3, 2018, Judge Marschewski filed the instant Report and Recommendation. Judge Marschewski found that Plaintiff's motions for an extension of time to appeal and for leave to appeal *in forma pauperis* are premature because the Court's April 9, 2018, screening order did

not dismiss all of his claims in this case. Thus, Judge Marschewski reasoned that the Court's screening order is not a final judgment from which Plaintiff may appeal at this time. Judge Marschewski concluded that an appeal of that screening order at this time would not be taken in good faith and, thus, the Court should deny Plaintiff's motions.

Upon consideration, the Court agrees with the Report and Recommendation. The Court's April 9, 2018, screening order is not a final judgment from which Plaintiff may appeal at this time because it did not dismiss all of Plaintiff's claims in this case. Thus, Plaintiff's appeal of the April 9, 2018, screening order will not be taken in good faith.[1] Therefore, the Court adopts the Report and Recommendation (ECF No. 37) *in toto*. Accordingly, Plaintiff's motions (ECF Nos. 31, 33) are hereby **DENIED**. Plaintiff may renew his motion for leave to appeal *in forma pauperis* with the Court of Appeals for the Eighth Circuit. *See* Fed. R. App. P. 24(a).

**IT IS SO ORDERED**, this 27th day of August, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "Appellate review is not made in good faith when a litigant seeks review of issues that are frivolous when viewed from an objective standard." *See Coppedge v. United States,* 369 U.S. 438, 445 (1962).